# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

VERNELL DAY

NO. 2025 KW 0720

**OCTOBER 6, 2025**

---

In Re:    Vernell Day, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 11-14-0698.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** The party seeking relief is responsible for filing and attaching all documents and exhibits in connection with an application for writs. See Uniform Rules of Louisiana Courts of Appeal, Rule 4-1. Relator failed to include the original application for postconviction relief and supporting memorandum, the State's answer, the commissioner's report, the criminal court minutes, the indictment, the relevant portions of the trial transcript, and any other pertinent documents from the district court record that might support the claims presented for review. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date, and the application shall be filed on or before January 7, 2026. Any future filing on the issues presented herein should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

PMc
TPS

**Greene, J.,** concurs.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT